UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

RAMAZAN BAJRAMI, on behalf of himself and    :        25-cv-10461(SHS)
others similarly situated,

                                             :

                        Plaintiff,           :        ORDER

                                             :

BRUNO & SON'S INC. d/b/a The Club A
Steakhouse, AGRON SELIMAJ, and BRUNO         :
SELIMAJ,

                                             :

                        Defendants.          :
-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        The initial pretrial conference having been held today, with counsel for all parties present,

        IT IS HEREBY ORDERED that:

        1.      The parties shall notify the Court as to whether there is an agreed-upon notice of preliminary certification of a collective action pursuant to Section 216(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b), on or before February 26, 2026;

        2.      The deadline to exchange Rule 26(a) initial disclosures is February 19, 2026;

        3.      The deadline to serve initial discovery requests is February 27, 2026;

        4.      The deadline to join additional parties is March 27, 2026;

        5.      The last day for completion of fact discovery is May 29, 2026;

        6.      The last day for completion of expert discovery is July 31, 2026;

        7.      The last day to move for decertification of a collective action is July 31, 2026; and

        8.      There will be a status conference on May 27, 2026, at 2:30 p.m. in Courtroom 23A.

Dated: New York, New York
        February 12, 2026

                        SO ORDERED:

                        _____
                        Sidney H. Stein, U.S.D.J.