**JOSEPH & KIRSCHENBAUM LLP**
Attorneys at Law

---

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas Buzzard
Leah Seliger
Michael DiGiulio

45 Broadway, Suite 320
New York, NY 10006
Tel: 212-688-5640
Fax: 212-688-2548
www.jk-llp.com

*March 17, 2026*
*The parties have until April 10 in which to file a Rule 68 offer and acceptance w/ proof of service. Failing that, plt's motion to conditionally certify an FLSA class is due April 20; def's opposition is due April 24; reply due April 30.*

*So Ordered*
*Sidney H. Stein*
*U.S.D.J.*

March 17, 2026

**VIA ECF**

Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:  **Ramazan Bajrami v. Bruno & Sons Inc., et al., - Case No. 25-cv-10461 – Letter Request for Stay of All Deadlines**

Dear Judge Stein:

We represent the Plaintiffs Ramazan Bajrami and Armando Subashi ("Plaintiffs") in the above captioned case, and with the consent of Defendants and pursuant to this Court's Individual Rule I(E), we write to notify the Court that the parties anticipate a settlement in this case and to request that the Court stay all deadlines in this action.

The Defendants in this action have served Federal Rule of Civil Procedure 68 offers of judgment on all the Plaintiffs in this action. Plaintiffs anticipate accepting such offers and filing the acceptances with the Court. In light of this development the parties jointly request that the Court adjourn all upcoming deadlines in the case, including Plaintiffs' March 20th deadline to file a motion for preliminary collective certification under section 216(b) of the Fair Labor Standards Act ("FLSA").

We thank the Court for its careful consideration of this matter.

> Respectfully submitted,
>
> JOSEPH & KIRSCHENBAUM, LLP
>
> /s/ Michael DiGiulio
> Michael DiGiulio
> 45 Broadway, Suite 320
> New York, NY 10006
>
> *Attorneys for Plaintiffs*

1