UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

RAMAZAN BAJRAMI, on behalf of himself and
others similarly situated,

                         Plaintiff,

          v.

BRUNO & SON'S INC., d/b/a THE CLUB A
STEAKHOUSE, AGRON SELIMAJ, and BRUNO
SELIMAJ,

                      Defendants.

-----------------------------------------------------------------X

Case No.:
25-cv-10461 (SHS)

## JUDGMENT

A notice of acceptance of the Rule 68 Offers of Judgment having been filed on March 18, 2026; and Defendants having offered Plaintiff Ramazan Bajrami an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure, against Defendants in the amount of $5,000 inclusive of all damages, interest, costs, and reasonable attorneys' fees incurred by Plaintiff Ramazan Bajrami in litigating his claims to the date of this offer; and Defendants having offered Plaintiff Armando Subashi an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure, against Defendants in the amount of $5,000 inclusive of all damages, interest, costs, and reasonable attorneys' fees incurred by Plaintiff Armando Subashi in litigating his claims to the date of this offer; it is,

ORDERED and ADJUDGED that Judgment is entered in favor of Ramazan Bajrami against all Defendants in the amount of $5,000 inclusive of all damages, interest, costs and reasonable attorneys' fees incurred by Plaintiff Ramazan Bajrami in litigating his claims to the date of this offer; and

1

ORDERED and ADJUDGED that Judgment is entered in favor of Armando Subashi against all Defendants in the amount of $5,000 inclusive of all damages, interest, costs and reasonable attorneys' fees incurred by Plaintiff Armando Subashi in litigating his claims to the date of this offer.

Dated: New York, New York
        March 19, 2026

Hon. Sidney H. Stein
United States District Judge